```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    ORDER
            - v. -                    :
                                      :    17 Cr. 601 (LAK)
ALEJANDRO LEON,                       :
                                      :
            Defendant.                :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/23

WHEREAS, with the consent of defendant ALEJANDRO LEON, his guilty plea allocution was taken before a United States Magistrate Judge on March 8, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York
        ~~March~~ June 14, 2023

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK